Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

JUL **14** 2021

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

_Mustafa Ozsusamlar_
_Your full name_

**FEDERAL CIVIL RIGHTS**
**COMPLAINT**
(***BIVENS*** **ACTION**)

v.

Civil Action No.: 5:21-CV- 114

_(To be assigned by the Clerk of Court)_

_Paul Adams, warden,_

_Jonathan Watson, unit-L-mang._

_Heather Conner, unit-M-mang,_

_Mr. white, mail Room-manager._

_Enter above the full name of defendant(s) in this action_

Bailey
Mazzone
Blalock

## I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).** The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

A.    Name of Plaintiff: _Mustafa Ozsusamlar_ Inmate No.: _18188-050._
        Address: _P.O. Box- FCI- Hazelton._
        _Buruceton mills, WV, 26525._

_In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided._

**Attachment A**

B.    Name of Defendant: _Paul Adams_

Position: _Warden_

Place of Employment: _FCI- Hazelton_

Address: _Sky view DR, FCI. Hazelton_

_Buruceton mills, WV, 26525._

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes       ☐ No

If your answer is "YES," briefly explain: _Supporting staff for misconduct and Discrimination. Not given to inmate Rights Rule of B.O.P. and Constitutional Rights, not have Control all wrong allegation by staff, blocked my FSA, RIS, Rights._

B.1    Name of Defendant: _Jonathan Watson_

Position: _Unit, L - manager_

Place of Employment: _FCI- Hazelton_

Address: _Sky view DR._

_Buruceton mills, WV, 26525._

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes       ☐ No

If your answer is "YES," briefly explain: _staff misconduct using Personal power "F" word. Destroying my legal documents. punishing me unusuable punishment. Destroying my Remedy Request. Racizm his Act. knowingly covered up important Terroristic activities. Blocked my legal Rights._

B.2    Name of Defendant: _Heather Conner_

Position: _Unit, M. manager_

Place of Employment: _FCI, Hazelton_

Address: _Sky view DR,_

_Buruceton mills, WV, 26525._

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes       ☐ No

**Attachment A**

If your answer is "YES," briefly explain: Staf misconduct Racial Discrimination, Forcing Coursing yelling, Blockin my B.O.P Rights, Destroying my legal Document, moved me from Ground Flor to forth Flor for punishment, not placed me Some job, Holding me under due process, Not responding my Remedy request

B.3  Name of Defendant: Mr. WHITE
Position: Mail Room manager
Place of Employment: FCI- Hazelton
Address: SKY view DR.
Buruceton mills, WV, 26525.

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☒ Yes        ☐ No

If your answer is "YES," briefly explain: Discrimination Racist Destroyef my incommen and outh going legal or special mail Readed- Opened- copied without my presense and forvarded To warden office or unit manager offices.

B.4  Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☐ Yes        ☐ No

If your answer is "YES," briefly explain: _____

B.5　Name of Defendant: _____

　　　Position: _____

　　　Place of Employment: _____

　　　Address: _____

　　　_____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?　　☐ Yes　　　☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

III.　**PLACE OF PRESENT CONFINEMENT**

Name of Prison/ Institution: _FCI - Hazelton_____

A.　Is this where the events concerning your complaint took place?
　　☒ Yes　　☐ No

If you answered "NO," where did the events occur?

_____

B.　Is there a prisoner grievance procedure in the institution
　　where the events occurred?　　☒ Yes　　☐ No

C.　Did you file a grievance concerning the facts relating to this complaint in the
　　prisoner grievance procedure?
　　☒ Yes　　☐ No

D.　If your answer is "NO," explain why not: _____

_____

_____

_____

E.　If your answer is "YES," identify the administrative grievance procedure
　　number(s) in which the claims raised in this complaint were addressed

**Attachment A**

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1  _See attachment in removal package from state clerk of court._

LEVEL 2 _____

LEVEL 3 _____

## IV.  PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          ☒ Yes        ☐ No

B.  If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.  Parties to this previous lawsuit:

Plaintiff(s): _Mustafa Ozsusamlar_

Defendant(s): _Paul Adams, warden, et all_

2.  Court: _Preston County, N.D. wheeling, WV._
(If federal court, name the district; if state court, name the county)

3.  Case Number: _21-C-40_

4.  Basic Claim Made/Issues Raised: _institutional and Constitutional - international violation_
_____
_____

5.  Name of Judge(s) to whom case was assigned:
_____

6.  Disposition: _Case removed to District court. N.D. wheeling WV._
(For example, was the case dismissed? Appealed? Pending?)

7.  Approximate date of filing lawsuit: _May. 10. 2021_

Attachment A

     8.     Approximate date of disposition. Attach Copies: _Corf of clerk have copy._

C.     Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
     ☒ Yes     ☐ No

D.     If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.
_Circuit court state of west virginia Case No. 21-C-40._
_Case removed to District Court and pending Case also in_
_State Court west virginia_

E.     Did you exhaust available administrative remedies?
     ☒ Yes     ☐ No

F.     If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.
_See removal case Document from Circuit Court state of west_
_Virginia to District Court wheeling west virginia._

G.     If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

     1.     Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _Mustafa Ozsusamlar_

Defendant(s): _Paul Adams, warden Et all._

2. Name and location of court and case number:
   _On march, 03, 2021. U.S. Court of Appeal_
   _For the 4th Circut virginia_
   _Case; NO. 21-6190_

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☒ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _march. 3, 2021_

5. Approximate date of disposition: _Pending._

## V.    STATEMENT OF CLAIM

State here, as **BRIEFLY** as possible, the _facts_ of your case.   Describe what _each_ defendant did to violate your constitutional rights.   **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.   Do not give any legal arguments or cite any cases or statutes.   If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5)TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: _First step Act and Compassionate Release request_
_Blocked by mr. Adams (warden) Not write I.D. Numbers_
_To my BP-9. and Denied my request. APeal was Rejected_
_Because No Have I.D Number. MR. Adams. knowingly Discriminate_
_me my constitutional Rights._

Supporting Facts: _mr. Adams supported for staff Misconduct._

**Attachment A**

Not supported my B.O.P. Rights. Expected staff wrong Allegation. when oraly asked some of my Rights cuerced yelled to me. mr. Adams Not used own responsibility for control to institution staff.

CLAIM 2: incommen and outh going legal or special mail Opened Readed copied. without my presense. or Destroyet all or part of document.

Supporting Facts: my legal Conversation blocked delayet. information given to unit team to unit team.

CLAIM 3: incommen u.s. postal service money order $ 50⁰⁰ Destroyet by unit-L-teame.

Supporting Facts: unit L-team. Destroyet my central file Document. Not showed to me my legal Document in my central file. Forsing Coercing. said file Court case No have a money order losted some how. Regional office Said we no paid money. you Dissagried go to the Court.

CLAIM 4: staff misconduct Discrimination. Racizm. accured unit L- and unit.4. teame. Forcing Coercing.

Supporting Facts: Not given any job to work. but forcing to pay ERP. Fine. But. I have not any Fine which sentence I was

**Attachment A**

Serving, I have Fine For background old case. Holding me Under Punishment Restriction from Camissary. I have 11 point But, holding 19 point clasification blocking my transfer.

CLAIM 5: See, Attachment A. Declaration. 5. Pages.

Supporting Facts: See, Attachment A. Complaint and Declaration. 5. pgs.

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Fear / Trepidation anxiety / mental anguish / Loss of sleep / Embarassment.

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

D2susamlar requesting from Honorable Beily. all the defendant Sentence For imprisonment and Fined. than given my legal Rights. Fear / Trepidation anxiety / the Declaratory Relief, compensation.

Attachment A

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.


Executed at _FCl-Hazelton, WV._____ on _June 30, 2021_____.
            (Location)                        (Date)


Your Signature